IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK JEROME ROSE,

      Plaintiff,

v.                                          CV 13-1015 MV/WPL

CAROLYN W. COLVIN, *Acting Commissioner*
*of the Social Security Administration*,

      Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed April 30, 2015. (Doc. 24). The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) the case is remanded to the Social Security Administration for proceedings consistent with the PFRD; and

3) this cause is dismissed with prejudice

.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE